In the Matter of CARL J. LEWIS, an Attorney, Respondent.
In the Matter of MORRIS AARON LICHTMAN (Also Known as MORRIS A. LICHTMAN), an Attorney, Respondent.

First Department, October 29, 1937.

*Martin A. Schenck* of counsel [*Einar Chrystie*, attorney], for the petitioner.

*Samuel D. Lasky* of counsel [*Michael I. Winter*, attorney], for the respondents.

PER CURIAM. The respondents, knowing that certain bonds had been stolen, acted as intermediaries in a sale thereof to the Fidelity and Deposit Company of Maryland, which had insured the owner and paid the loss. They devised a plan whereby the bonds were delivered in installments upon payment of an agreed price, receiving in exchange for bonds having a market value of approximately $110,000 the sum of $42,000. Of this amount the respondents concededly divided between themselves at least

$10,000. They further gave a gratuity to a representative of the Fidelity Company with whom they consummated the sale by paying to him the sum of $2,000.

The respondents should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

In Lewis proceeding: Respondent disbarred.
In Lichtman proceeding: Respondent disbarred.